NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHERYL TAYLOR,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5068

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00467-MBH, Judge Marian Blank Horn.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Upon consideration of Sheryl Taylor's motion for reconsideration of this court's May 30, 2014 order denying, *inter alia*, her request for appointment of counsel,

IT IS ORDERED THAT:

The motion is denied.

2                                  TAYLOR v. US


                                    FOR THE COURT

                                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court

s24